| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Cherry Hill Portfolio LLC |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3903203 |
|---|---|---|

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 199 Lee Avenue Suite 1000 Brooklyn, NY 11211 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Kings | **Location of principal assets, if different from principal place of business** |
| | | County | 119 Cherry Hill Road Parsippany, NJ 07054 |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Cherry Hill Portfolio LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  Cherry Hill Portfolio LLC                                      Case number (*if known*)
        Name

| 11. | Why is the case filed in *this district?* | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | Check one: |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Case 1-25-43199-jmm    Doc 1    Filed 07/02/25    Entered 07/02/25 23:25:21

Debtor  **Cherry Hill Portfolio LLC**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 2, 2025
                MM / DD / YYYY

**X** /s/   David Goldwasser                          David Goldwasser
Signature of authorized representative of debtor      Printed name

Title   Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Eric H. Horn                                Date   July 2, 2025
Signature of attorney for debtor                             MM / DD / YYYY

Eric H. Horn
Printed name

A.Y. Strauss, Attorneys at Law
Firm name

290 W Mount Pleasant Ave., Suite 3260
Livingston, New Jersey 07039
Number, Street, City, State & ZIP Code

Contact phone  (973) 287-5006      Email address   ehorn@aystrauss.com

4066395 NY
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

**ACTION BY WRITTEN CONSENT
OF THE CHIEF RESTRUCTURING OFFICER OF
CHERRY HILL PORTFOLIO LLC**

July 1, 2025

The undersigned, Chief Restructuring Officer (the "CRO") of CHERRY HILL PORTFOLIO LLC, a limited liability company organized under the laws of the State of New Jersey (the "*Company*"), does hereby adopt the following resolutions:

**WHEREAS,** pursuant to a prior written consent of the Member, David Goldwasser has been appointed as the Client Restructuring Officer ("CRO") of the Company, with the authority to assess and, if necessary, to implement a restructuring strategy, including, but not limited to, the commencement of bankruptcy proceeding.

**WHEREAS**, the CRO has determined that the commencement of a bankruptcy proceeding under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Eastern District of New York (the "*Bankruptcy Proceedings*") is in the best interest of the Company;

**NOW, THEREFORE, BE IT:**

**RESOLVED,** that David Goldwasser, as Chief Restructuring Officer, in his capacity as such, is authorized and directed to execute, verify, and file on behalf of the Company all petitions, schedules, statements, lists, motions, and other necessary documents with the appropriate Court under the Bankruptcy Code and to take any and all actions deemed necessary, proper or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, actions necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER,** that the law firm of A.Y. Strauss LLC ("*Counsel*") be engaged as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions necessary to protect and advance the Company's interests, including, the preparation and filing of pleadings in connection with the Bankruptcy Proceedings. The Company is hereby authorized and directed to execute appropriate retention agreements, pay required retainers prior to and immediately upon the filing of the Bankruptcy Proceedings, and file an appropriate application for authority to retain services of Counsel;

**RESOLVED FURTHER**, that the CRO is authorized to, on behalf of the Company and in respect of the Attorney Retention, execute appropriate retention or engagement agreements, pay retainers as necessary prior to or upon the filing of the Bankruptcy Proceedings, and file an appropriate application seeking court approval for such retention;

**RESOLVED FURTHER**, that the CRO is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, perform such acts, and execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates,

instruments, and documents as the CRO may deem necessary or advisable to implement and carry out the intent and purpose of these resolutions;

**RESOLVED FURTHER**, that any and all actions undertaken by the CRO shall be consistent with, and subject to review by the Company's member, all as consistent with the written consent of the member entered into on July 1, 2025 authorizing his retention and the restrictions and limitations contained therein;

**RESOLVED FURTHER**, that Isaac Taub, in addition to David Goldwasser, shall serve as an authorized signer on the Company's Debtor-In-Possession bank account;

**RESOLVED FURTHER**, that the CRO is authorized to appoint agents or professionals on behalf of the Company as the CRO deems necessary or desirable in connection with financing arrangements, asset sales, or other restructuring-related transactions;

**RESOLVED FURTHER**, that all prior actions taken by the CRO in furtherance of the foregoing resolutions, including any actions taken before the execution of this written consent, are hereby ratified, confirmed, and approved in all respects; and

**RESOLVED FURTHER,** that this written consent may be and delivered by facsimile, portable document format (PDF), or other electronic transmission, which shall be deemed an original.

**Chief Restructuring Officer**

By: _____
       David Goldwasser

2