UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHERRY HILL PORTFOLIO LLC, | : | Case No. 25-43199-jmm |
| | : | |
| Debtor. | : | **Hearing Date: August 26, 2026** |
| | : | |

**ORDER DENYING CROSS-MOTION DEEMING UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY REJECTED PURSUANT TO SECTIONS 365(d)(3) AND 105(a) OF THE BANKRUPTCY CODE AND FOR RELATED RELIEF**

THIS MATTER having been opened to the Court upon the cross-motion [Dkt. No.102] (the "**Cross-Motion**") of NewBridge Services, Inc., for entry of an order deeming NewBridge's unexpired lease with the Debtor for nonresidential real property located at 99 Cherry Hill Road, Suite 301, Parsippany, New Jersey, rejected pursuant to Sections 365(d)(3) and 105(a) of the Bankruptcy Code and for such other and further relief as the Court deems just and proper; and upon consideration of the Cross-Motion and opposition filed by Cherry Hill Debt LLC; and a hearing having been held on August 26, 2026; and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Cross-Motion is denied.

2. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from the entry or implementation of this Order.

Dated: August 31, 2026
Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge